IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

ADJOUA KRA EVELYNE AVILA
_____,
      Plaintiff(s),

v.

YESCARE CORP. and CHS TX, INC.
d/b/a YESCARE

_____,
      Defendant(s).

Case No. 3:25-cv-00944

## BUSINESS ENTITY DISCLOSURE STATEMENT
### (Disclosure of corporate affiliations and financial interests)

To provide the disclosures required by Fed. R. Civ. P. 7.1(a), and in compliance with the provisions of Local Rule 7.02(a), including for determination of judicial conflicts, this Business Entity Disclosure Statement is filed by __YesCare Corp.__ . The filer acknowledges its continuing obligation to update and supplement this statement.

**INSTRUCTIONS: Check the applicable blank or blanks, and fully provide any required information. <u>Attach separate pages as necessary to fully provide required information.</u>**

1. This party or intervenor is a publicly held corporation or other publicly held entity, incorporated in the state of _____ with a principal place of business in the state of _____ .

2. This party or intervenor is a privately held corporation, incorporated in the state of __Texas__ with a principal place of business in the state of __Tennessee__ . Ten percent (10%) or more of this corporation is owned by (list below all ownership interests of 10% or more):

__YesCare Holdings, LLC_____
_____.

3. Is this party or intervenor a parent or subsidiary of another corporation or corporations?

__X__ YES ____ NO

If the answer is YES, state the identity of the parent or subsidiary and whether the named party is the parent or the subsidiary.

The following entities are subsidiaries of YesCare Corp.: CHS AL, LLC; YesCare AR, LLC; CHS DE, LLC; CHS CO, LLC; CHS FL, LLC; CHS GA, LLA; Corizon Health of New Mexico, LLC; CHS IL, LLC; CHS IN, LLC; CHS KS, LLC; CHS KY, LLC; CHS MD, LLC; CHS MA, LLC; CHS MN, LLC; CHS MS, LLC; CHS MO, LLC; CHS NV, LLC; CHS NH, LLC; CHS New Jersey, LLC; CHS Care NY, LLC; CHSOK, LLC; CHS PA, LLC; CHS TN, LLC; CHS Care TX, LLC; CHS TX, Inc.; CHS VA, LLC; YESCARE PROFESSIONAL SOLUTIONS, LLC; CHS IA, LLC; CHS MI, LLC; CHS WI, LLC. YesCare Corp. is wholly owned by YesCare Holdings, LLC.

4. Is this party or intervenor affiliated with any other corporation or corporations, other than as a parent or subsidiary?

__X_ YES     ___ NO

If the answer is YES, state: (i) the identity of the affiliated corporation(s); (ii) the nature of the relationship between the affiliated corporation(s) and the named party or intervenor; and, (iii) whether the affiliated corporation owns ten percent (10%) or more of the stock or ownership interests of the named party or intervenor and, if so, percentage of interest owned.

__CHS TX, Inc. (a subsidiary of YesCare Corp.) wholly owns Corizon Health of New Mexico, LLC_____
_____.

5. Is there a publicly held corporation or another publicly held entity, not a party to the case, that has a direct financial interest in the outcome of the litigation?

_X__ YES     ____ NO

If the answer is YES, state the identity of such corporation and the nature of the financial interest.

__Landmark American Insurance Company; Insurer_____
_____.

6. If the named party or intervenor is a business entity other than a corporation (i.e. partnership, limited liability entity, or trust), identify all individuals or entities holding ten percent (10%) or more of the ownership interests in the named party or intervenor.

_____
_____.

**Provide any additional pertinent information on attached page(s).**

2

Case 3:25-cv-00944    Document 20    Filed 09/29/25    Page 2 of 4 PageID #: 101

Date:  September 29, 2025

Respectfully submitted,

/s/ Benjamin P. Lemly
Benjamin P. Lemly, TN #035225
Darius Walker, TN #035408
OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.
Truist Plaza
401 Commerce Street, Suite 1200
Nashville, TN  37219-2446
Telephone:  615-254-1900
Facsimile:  615-254-1908
benjamin.lemly@ogletreedeakins.com
darius.walker@ogletreedeakins.com

Patrick F. Hulla, MO Bar No. 41745
(pro hac vice forthcoming)
OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.
700 W. 47th St., Suite 500
Kansas City, MO  64112
Telephone: (816) 410-2226
Facsimile: (816) 471-1303
patrick.hulla@ogletree.com

Evan L. Conder, MD Bar No. 21907
(pro hac vice forthcoming)
OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.
1 South St., Suite 1800
Baltimore, MD  21202
Telephone: 410-752-1040
Facsimile: 410-752-8861
evan.conder@ogletree.com

Attorneys for Defendants YesCare Corp. and CHS
TX, Inc. d/b/a YesCare

3

**CERTIFICATE OF SERVICE**

I hereby certify that on September 29, 2025, the foregoing document was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

Gregg C. Greenberg, Esq.
Edith Thomas, Esq.
Thomas Eiler, Esq.
Zipin, Amster & Greenberg, LLC
8757 Georgia Avenue, Suite 400
Silver Spring, MD 20910
ggreenberg@zagfirm.com
ethomas@zagfirm.com
teiler@zagfirm.com

David W. Garrison, Esq.
Joshua A. Frank, Esq.
Nicole A. Chanin, Esq.
Barrett Johnston Martin & Garrison, PLLC
200 31st Avenue North
Nashville, TN 37203
dgarrison@barrettjohnston.com
jfrank@barrettjohnston.com
nchanin@barrettjohnston.com

Attorneys for Plaintiff, the FLSA Plaintiffs, and the Class Members

/s/ Benjamin P. Lemly

4